# IN THE SUPREME COURT OF TEXAS

═══════════
No. 12-0685
═══════════


DALLAS METROCARE SERVICES, PETITIONER,

v.

ADOLFO JUAREZ, RESPONDENT

══════════════════════════════════════
ON PETITION FOR REVIEW FROM THE
COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS
══════════════════════════════════════

## JUDGMENT


THE SUPREME COURT OF TEXAS, having heard this cause on petition for review from the Court of Appeals for the Fifth District, and having considered the appellate record and counsels' briefs, but without hearing oral argument under Texas Rule of Appellate Procedure 59.1, concludes that the court of appeals' judgment should be reversed.

IT IS THEREFORE ORDERED, in accordance with the Court's opinion, that:

1) The court of appeals' judgment is reversed;

2) The cause is remanded to the court of appeals for further proceedings consistent with this Court's opinion; and

3) Dallas Metrocare Services shall recover, and Adolfo Juarez shall pay, the costs incurred in this Court.

Copies of this judgment and the Court's opinion are certified to the Court of Appeals for the Fifth District and to the District Court of Dallas County, Texas, for observance.

Opinion of the Court delivered Per Curiam

November 22, 2013

**********